1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 In re Zyprexa Products Liability Litigation          **ORDER STAYING CASES**
                                                        **PENDING DETERMINATION**
11 ————————————————————————/                           **BY MDL PANEL**

12

13          Numerous actions involving Zyprexa products liability have been filed in this Court.  A

14 transfer determination by the Judicial Panel on Multidistrict Litigation is pending as MDL-

15 1596.  Until that determination is made, all of the following cases are **STAYED** and, accordingly,

16 any deadlines or pretrial conferences in these cases are **VACATED**:

17 C05-04830 WHA
   C05-04895 WHA
18 C05-05012 WHA
   C05-05013 WHA
19 C05-05077 WHA
   C05-05092 WHA
20 C06-00036 WHA
   C06-00041 WHA
21 C06-00252 WHA
   C06-00565 WHA
22 C06-00583 WHA
   C06-00584 WHA
23 C06-00598 WHA
   C06-00663 WHA
24 C06-00900 WHA
   C06-00958 WHA
25 C06-00961 WHA
   C06-00969 WHA
26 C06-01024 WHA
   C06-01033 WHA
27 C06-01040 WHA
   C06-01043 WHA
28 C06-01053 WHA

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1    C06-01056 WHA
     C06-01077 WHA
2    C06-01085 WHA
     C06-01093 WHA
3    C06-01110 WHA
     C06-01116 WHA
4    C06-01117 WHA
     C06-01123 WHA
5    C06-01126 WHA
     C06-01128 WHA
6    C06-01129 WHA
     C06-01131 WHA
7    C06-01155 WHA
     C06-01242 WHA
8    C06-01246 WHA
     C06-01263 WHA
9    C06-01273 WHA
     C06-01284 WHA
10   C06-01287 WHA
     C06-01339 WHA
11   C06-01340 WHA
     C06-01406 WHA
12   C06-01489 WHA
     C06-01532 WHA
13

14
              **IT IS SO ORDERED.**
15

16

17   Dated:  February 28, 2006.
                                        _____
18                                      WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

2